UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DENNIS CHARLES MAKI, ) ) Petitioner, ) ) VS. ) ) NATHANIEL QUARTERMAN, Director, ) Texas Department of Criminal Justice, ) Correctional Institutions Division, ) ) Respondent. ) | CIVIL ACTION NO. 3:07-CV-1544-G ECF |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

**SO ORDERED**.

September 27, 2007.

_____
A. JOE FISH
CHIEF JUDGE